UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20219-Lenard/Garber

UNITED STATES OF AMERICA

v.

ALBA VILLALOBOS VERGEL,

    Defendant.
_____/

**ORDER**

    THIS CAUSE is before the on the defendant's Motion for Reconsideration [DE 153] and the government's response in opposition [DE 156].

    As a condition of release, the defendant was required to seek or maintain lawful employment subject to the approval of Pretrial Services. The Court has previously found that her work consisting of telephone calls to Venezuela to monitor her business in that country does not satisfy the requirement that she seek or maintain lawful employment.

    By the Motion now before the Court, the defendant again seeks to have the Court consider her telephonic contacts with her business in Venezuela to be in satisfaction of the employment requirement. The Court again finds that such requirement is not satisfied by the defendant's telephonic contact with her businesses. Although it is probably true that such businesses must be monitored, the defendant can entrust such matter to her daughters who reside in the United States or to a trusted person in Venezuela. Accordingly, and upon due consideration, it is hereby

ORDERED that the defendant's Motion for Reconsideration is DENIED. The defendant shall forthwith seek lawful employment in the Southern District of Florid subject to the approval of Pretrial Services.

DONE AND ORDERED in Chambers at Miami, Florida this 11th day of May, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE